John Drager, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The United States Fidelity and Guaranty Company, Appellant, v. Alvin J. Belden and John A. Seeley, Respondents.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that in any event the claims for costs accruing after the adjudication in bankruptcy were not discharged.

Frank Nessenius, as Administrator, etc., of William F. Nessenius, Deceased, Plaintiff, v. The Town of Rose, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Charles M. Shaw, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Maurice H. S. Unger, Respondent, v. Walter F. Sykes, Appellant.— Judgment affirmed, with costs. All concurred.

Garrett Neagle, as Administrator, etc., of Garrett Neagle, Jr., Deceased, Appellant, v. Syracuse, Binghamton and New York Railroad Company, Respondent, Impleaded with The Delaware, Lackawanna and Western Railroad Company.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Nellie Stone, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Impleaded with The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented on the ground that there is no proof that the horse was killed by the agents, engines or cars of the appellant.

William F. Browne, by Guardian, etc., Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Rose C. Seager, as Administratrix, etc., Appellant, v. Solvay Process Company, Respondent.— Motion for reargument denied, with ten dollars costs.

John Frank, Respondent, v. The Village of Warsaw, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented

Robinson Clay Product Company, Appellant, v. Henry P. Burgard, Respondent.— Judgment and order affirmed, with costs. All concurred.

Charles W. Woodard, an Infant, by Myron E. Woodard, His Guardian ad Litem, Respondent, v. The Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that Parsons was guilty of negligence as matter of law, and under the law as laid down by the court the jury may have found that the plaintiff was *non sui juris*, in which event the negligence of Parsons was imputable to the plaintiff.

Pearl L. Pitts, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof,